UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:02-mj-259-CPT

DONALD S. HADLAND
a/k/a Edward George Councill, III
_____/

**O R D E R**

This cause is before the Court on the Government's *Request for Leave to Dismiss Complaint* against Defendant Donald S. Hadland pursuant to Fed. R. Crim. P. 48(a). The Defendant has advised he does not object to the government's motion. Accordingly, upon due consideration of the matter, it is hereby ordered that the government's motion is granted, and that the Complaint against the Defendant is dismissed. The Clerk of Court is directed to close the case.

DONE and ORDERED at Tampa, Florida, this 29th day of April 2019.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record